UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
7:23-CR-0056-D-BM

UNITED STATES OF AMERICA,

v.

CHRISTOPHER HILL

**ORDER**

Before the Court for consideration is Defendant's Motion to Seal Proposed Sealed Motion, provisionally filed at D.E. 83. For good cause shown the Motion to Seal is GRANTED. It is therefore ORDERED that Docket Number 83 shall be and is hereby sealed pending further orders.

SO ORDERED. This 16 day of July, 2024.

JAMES C. DEVER III
United States District Judge