IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER HILL, ) | |
| ) | |
| Defendant. ) | |

On June 18, 2025, Mayelin Torres Hill moved for a 60-day extension to petition the court to adjudicate her interest in property forfeited. See [D.E. 160]. Hill never filed anything else. The court DISMISSES AS MOOT Hill's motion to extend deadline [D.E. 160].

SO ORDERED. This 6 day of November, 2025.

JAMES C. DEVER III
United States District Judge